B

---

### SEABOARD AIR-LINE RAILWAY *v.* BURNHAM.

ATKINSON, J. No error of law is complained of, and the evidence sustains the verdict.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

Submitted July 18, 1906.—Decided February 14, 1907.

Action for damages. Before Judge Martin. Dodge superior court. December 18, 1905.

*W. M. Clements* and *Thomas Eason,* for plaintiff in error.

*J. P. Highsmith,* contra.